UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Beatriz Punina Chimbolema, Alien #245-408-075,<br><br>    Petitioner,<br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General,<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>F. SEMAIA, in his official capacity as Warden of Adelanto Detention Facility,<br><br>ERNESTO SANTACRUZ, JR., in his official capacity as Acting ICE Field Office Director,<br>    Respondents. | Case No. 5:25-cv-02578-VBF-RAO<br><br>**ORDER ON MOTION FOR A TEMPORARY RESTRAINING ORDER** |

**ORDER ON APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Having reviewed the Application of Petitioner Laura Beatriz Punina Chimbolema for a temporary restraining, the Court orders her immediate release on an Order of Release on Recognizance. Respondents are further ordered not to re-detain Petitioner absent: (1) further order of this Court; or (2) a demonstration by Respondents at a pre-deprivation bond hearing, by clear and convincing evidence,

that Petitioner is a flight risk or danger to the community, such that her physical custody is required.

IT IS SO ORDERED.

DATED: October 6, 2025

/s/ Valerie Baker Fairbank
United States District Judge