# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BEATRIZ PUNINA CHIMBOLEMA,<br><br>    Petitioner,<br><br>    v.<br><br>PAMELA BONDI, et al.,<br><br>    Respondents. | Case No.  5:25-cv-2578-VBF-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Dkt. No. 1; Respondents' Answer to the Petition, Dkt. No. 13; Petitioner's Reply, Dkt. No. 14; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 15; Respondents' Objection to the Report, Dkt. No. 17; Petitioner's Reply to Objection, Dkt. No. 18; and all of the records and files herein.

The Court has engaged in a *de novo* review of those portions of the Report to which Respondents have objected and does not find Respondents' objections persuasive.  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

\\\

IT IS ORDERED that the Petition is granted in part, and Judgment shall be entered accordingly.

Date: February 27, 2026

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE