JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LAURA BEATRIZ PUNINA CHIMBOLEMA,

               Petitioner,

    v.

PAMELA BONDI, et al.,

               Respondents.

Case No. 5:25-cv-2578-VBF-RAO

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part.

Date:  February 27, 2026

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE